JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 13-01750 DDP (FFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STACEY D. SMITH, | |
| Defendant. | |
| _____ | |

Judgment in favor of United States of America and against Stacey D. Smith.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel and parties.

Dated: June 16, 2015

DEAN D. PREGERSON
United States District Judge